IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUCILLE B., | : | CIVIL ACTION |
|       Plaintiff | : | |
| | : | |
|    v. | : | |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
|       Defendant | : | NO. 24-375 |

### ORDER

**AND NOW**, this 31st day of October 2024, for the reasons contained in the court's Memorandum, it is hereby **ORDERED** that Plaintiff's Request for Review is **GRANTED**, and, this matter, pursuant to **sentence four** of 42 U.S.C. 405(g), is **REMANDED** to the Commissioner. The case is remanded solely for the purpose of calculating benefits to which Plaintiff is entitled from the onset date of March 6, 2015, to July 11, 2019.

**IT IS SO ORDERED**.

                                            BY THE COURT:

                                         */s/ Carol Sandra Moore Wells*
                                         CAROL SANDRA MOORE WELLS
                                         United States Magistrate Judge